UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNCY RAGLAND, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GUARDSMARK, LLC, a Limited Liability Company,<br><br>Defendant. | CASE NO. 14-CV-0693-CAB-KSC<br><br>**DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 30] |

Upon consideration of the parties' joint motion to dismiss with prejudice [Doc. No. 30], and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED**. This case is therefore **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2).

It is **SO ORDERED**.

Dated: August 31, 2015

_____
Hon. Cathy Ann Bencivengo
United States District Judge